THE STATE ex rel. Wm. J. LEMP BREWING ASSOCIATION et al. v. EBY, Judge.

In Banc, December 10, 1902.

Prohibition.

RULE MADE ABSOLUTE.

SHERWOOD, J.—Presenting, as this case does, similar facts and features to those presented in State ex rel. Anheuser-Busch Brewing Association v. Eby, Judge, page 497 this volume, the provisional rule in this case, as in that, will be made absolute.

All concur in the same way as in the opinion in the Anheuser-Busch Brewing Association case.